443 A.2d 380

Commonwealth v. Graham, Appellant.

Petition for Allowance of Appeal Denied June 1, 1982.

Submitted December 5, 1980. Nino V. Tinari, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Order affirmed.